ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                                  )
                                                             )
Axxon International, LLC                                      )   ASBCA Nos.    61224, 61268, 61625
                                                             )
Under Contract No.    W912DW-16-P-0136    )

APPEARANCE FOR THE APPELLANT:              Eric Lee, Esq.
                                             Lee & Amtzis, P.L.
                                             Boca Raton, FL

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     Stacy J. Kassover, Esq.
                                     Tristan S. Brown, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Seattle

                                     Alexandria M. Pollack, Esq.
                                       Engineer Trial Attorney
                                       U.S. Army Engineer District, Kansas City

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  October 29, 2020

_____
HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61224, 61268, 61625, Appeals of Axxon International, LLC, rendered in conformance with the Board's Charter.

Dated:  October 29, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals